# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br>    Plaintiff(s),<br>v.<br>SCOTT MATTINSON, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-01275-GMN-NJK<br><br>**ORDER** |

The inmate early mediation in this case is **CONTINUED** to 1:30 p.m. on May 22, 2020. The AG's Office is **ORDERED** to provide medical records to the mediator for her review. The stay in place in this case is **EXTENDED** to May 29, 2020. The deadline for the AG's Office to fie the required status report is also **EXTENDED** to May 29, 2020.

IT IS SO ORDERED.

Dated: March 5, 2020

                                                  Nancy J. Koppe<br>
                                                  United States Magistrate Judge