# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVAN RATCLIFF,

        Plaintiff,

vs.

SCOTT MATTINSON *et al.,*

        Defendants.

Case No.: 2:19-cv-01275-GMN-NJK

**ORDER**

On December 11, 2019, the Court entered a Screening Order, (ECF No. 12), which permitted two of Plaintiff Evan Ratcliff's ("Plaintiff's") claims to proceed against Defendants Michael Minev, Scott Mattinson, and Associate Warden J. Nash. Plaintiff's two actionable claims concern violations of the Eighth Amendment through deliberate indifference to serious medical needs. (*See* First Am. Compl., ECF No. 8); (Screening Order 6:14–25, ECF No. 12).

Now pending before the Court is Plaintiff's Motion for a Preliminary Injunction, (ECF No. 19), to which Defendants Minev, Mattinson, and Nash failed to file a response within the deadline set by the Court. Plaintiff's Motion requests preliminary injunctive relief through the following medical treatments: (1) CAT Scan; (2) blood work; (3) examination by a lung specialist and nose/throat specialist. (Mot. Preliminary Inj. at 3, ECF No. 19). Plaintiff's requested medical treatments arise from chronic pain and medical issues that Plaintiff has suffered for years—which now serve as the basis for this case. Because no defendant filed a response, the Court is inclined to find that Plaintiff's Motion has merit warranting court-ordered treatment. However, to ensure that Plaintiff's request is not moot,

**IT IS HEREBY ORDERED** that Defendants Michael Minev, Scott Mattinson, and Associate Warden J. Nash shall file a response to Plaintiff's Motion for Preliminary Injunction,

(ECF No. 10), detailing either how Plaintiff has received medical treatment since filing his Motion, (ECF No. 19), or what treatment, if any, has been schedule for the future.  Defendants shall have 21 days from the date of this Order to file the response.

**DATED** this __7__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court