# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br>    Plaintiff(s),<br>v.<br>SCOTT MATTINSON, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-01275-GMN-NJK<br><br>**ORDER** |

In light of limitations related to the COVID-19 pandemic, the mediation in this case will be conducted remotely with respect to all parties and the mediator. Defense counsel must promptly contact the mediator to arrange for remote appearances for all required participants, including Plaintiff. To the extent remote appearances are not feasible, a request may be filed to continue the mediation.

IT IS SO ORDERED.

Dated: May 5, 2020

                                                                               Nancy J. Koppe
                                                                               United States Magistrate Judge