UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br><br>Plaintiff<br><br>v.<br><br>SCOTT MATTINSON et al.,<br><br>Defendants | Case No.  2:19-cv-01275-GMN-NJK<br><br>ORDER |

Due to a rescheduling of the inmate early mediation conference, Docket No. 27, the Court extends the stay until Monday, July 20, 2020.  The status report is also due on that date.  During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, it is ordered that the stay is extended until Monday, July 20, 2020.

It is further ordered that the Office of the Attorney General will file the report form regarding the results of the stay on Monday, July 20, 2020.

DATED:  May 26, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE